# EXHIBIT 2

# Alexander Rufus-Isaacs

| | |
|---|---|
| **From:** | Gatti, John <JGatti@manatt.com> |
| **Sent:** | Friday, March 1, 2019 12:03 PM |
| **To:** | Alexander Rufus-Isaacs |
| **Subject:** | extension of discovery response deadline |

Alexander:
This confirms your agreement to extend my clients' responses to your clients' outstanding discovery requests including requests for production of documents and special interrogatories. The new response date is March 8, 2019. Thank you for your cooperation.
Best regards,
John

**John M. Gatti**
Partner and Co-Chair
Entertainment, Sports and Media Litigation Practice Group

**Manatt, Phelps & Phillips, LLP**
11355 W. Olympic Blvd
Los Angeles, CA  90064
**D** (310) 312-4169   **F** (310) 996-7052

JGatti@manatt.com
manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**Alexander Rufus-Isaacs**

| | |
|---|---|
| **From:** | Alexander Rufus-Isaacs |
| **Sent:** | Sunday, March 10, 2019 10:53 AM |
| **To:** | Fried, Lauren |
| **Cc:** | Gatti, John |
| **Subject:** | RE: [Yeter-Sandoval] Extension of Discovery Response Deadline |

Lauren, John. Confirming the extension based on your representations that we will get good faith responses, but please be advised that I am not able to grant any more extensions. We need your responses by 3/22 at the latest. And yes, as discussed with Lauren, we may need to continue some of the discovery cut-offs because of these extensions.
Regards, Alexander
_____

From: Fried, Lauren [LFried@manatt.com]
Sent: Friday, March 08, 2019 10:51 AM
To: Alexander Rufus-Isaacs
Cc: Gatti, John
Subject: [Yeter-Sandoval] Extension of Discovery Response Deadline

Alexander:

Thank you for speaking with me this morning.  This confirms your agreement to extend my clients' responses to your clients' outstanding discovery requests including requests for production of documents and special interrogatories.  The new response date is March 22, 2018.

We understand that due to this extension there are additional discovery deadlines that may need to be moved and we will work with you on those.

Thank you for your cooperation.

Lauren

Lauren Fried
Associate
_____

Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA 90064
D (310) 312-4195 F (310) 914-5705

LFried@manatt.com
manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

# Alexander Rufus-Isaacs

| | |
|---|---|
| **From:** | Gatti, John <JGatti@manatt.com> |
| **Sent:** | Friday, March 22, 2019 2:25 PM |
| **To:** | Alexander Rufus-Isaacs |
| **Cc:** | Fried, Lauren |
| **Subject:** | RE: Sandoval v. Yeter et al |

Thanks Alexander.  I will send today the document responses and the latest royalty statement.  Have a great weekend.
Best,
John


**John M. Gatti**
Partner and Co-Chair
Entertainment, Sports and Media Litigation Practice Group

---

**Manatt, Phelps & Phillips, LLP**
11355 W. Olympic Blvd
Los Angeles, CA  90064
**D** (310) 312-4169   **F** (310) 996-7052

JGatti@manatt.com
manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Alexander Rufus-Isaacs [mailto:aisaacs@rufuslaw.com]
**Sent:** Friday, March 22, 2019 1:47 PM
**To:** Gatti, John
**Cc:** Fried, Lauren
**Subject:** Re: Sandoval v. Yeter et al

Hi John. Yes, that's Ok till 3/27 first the rogs, but please no more extension requests.  I understand that you will be sending us the documents today, correct? Best, Alexander



Sent from my smartphone. Please excuse any typos or auto fill errors. This email may contain privileged material. If you are not the intended recipient, please notify me and delete the email.


-------- Original message --------
From: "Gatti, John" <JGatti@manatt.com>
Date: 3/22/19 1:19 PM (GMT-08:00)
To: Alexander Rufus-Isaacs <aisaacs@rufuslaw.com>
Cc: "Fried, Lauren" <LFried@manatt.com>
Subject: Sandoval v. Yeter et al

Alexander,

1

I hope all is well.  I understand from your office message that you are traveling abroad.  My associate, Lauren Fried, left you a message regarding defendants' discovery responses.  We have prepared the discovery responses and have the latest royalty statement to produce as well.  Due to the time difference with clients located in Russia and other areas we were experiencing some delay in getting verification of information in the interrogatory responses.  You have been more than professional with providing extensions of time for us to respond.  In an effort to allow time to verify the interrogatory responses, would you be willing to provide a last extension of time to respond to the interrogatories until March 27?  We make the request only to provide complete and accurate information.  Please advise at your earliest convenience.

Best regards,

John


**John M. Gatti**
Partner and Co-Chair
Entertainment, Sports and Media Litigation Practice Group

———————————————

**Manatt, Phelps & Phillips, LLP**
11355 W. Olympic Blvd
Los Angeles, CA  90064
**D** (310) 312-4169   **F** (310) 996-7052

JGatti@manatt.com
**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.