# EXHIBIT 5

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Documents Produced by Defendants 04/23/2019** | | | | Euros |
| 2 | Date | Bates Number | **Advances and Earnings Summary** | **Parties** | |
| 3 | 2018 | DEFS0003040 | Royalty Statement for period 2018-1 - Digital revenues for Europe | WMG/Connection Records? | 41752.23 |
| 4 | 2016 | DEFS0003414 | Royalty Statement for period 2016-2 - Digital revenues for Europe | WMG/Connection Records? | 9460.58 |
| 5 | 2016 | DEFS0003471 | Renumeration Statement 10/01/16-12/31/16 | Sony Music/Connection Records | |
| 6 | 2016 | DEFS0003473 | Royalty Statement 4/1/16-9/30/16 | Sony Music/Connection Records | |
| 7 | 2016 | DEFS0003475 | Royalty Statement 4/1/16-6/30/16 | Sony Music/Connection Records | |
| 8 | 2017 | DEFS0003476 | Royalty Statement for period 2017-1 - Digital revenues for Europe | WMG/Connection Records? | 6175 |
| 9 | 2016 | DEFS0003503 | Royalty Statement for period 2016-2 - Digital revenues for Europe | WMG/Connection Records? | |
| 10 | 2017 | DEFS0003560 | Royalty Statement for period 2017-2 - Digital revenues for Europe | WMG/Connection Records? | 186774 |
| 11 | 2017 | DEFS0004527 | Royalty Statement for period 2017-1 - Digital revenues for Europe | WMG/Connection Records? | |
| 12 | 2016 | DEFS0004556 | Royalty Statement for period 2016-2 - Digital revenues for Europe | WMG/Connection Records? | |
| 13 | 2017 | DEFS0004624 | Renumeration Statement 1/1/17-3/31/17 | Sony Music/Connection Records | |
| 14 | 4/13/17 | DEFS0004626 | Verification of 4624 | Sony Music/Connection Records | |
| 15 | 2017 | DEFS0004628 | Renumeration Statement 4/1/17-6/30/17 | Sony Music/Connection Records | |
| 16 | 2017 | DEFS0004630 | Renumeration Statement 7/1/17-9/30/17 | Sony Music/Connection Records | |
| 17 | 1/26/2018 | DEFS0004632 | Verification of 4633 | Sony Music/Connection Records | |
| 18 | 2017 | DEFS0004633 | Renumeration Statement 10/1/17-12/31/17 | Sony Music/Connection Records | |
| 19 | 5/4/2016 | DEFS0004635 | License Agreement Key Terms - UK, Germany, Austria, Switzerland | Connection Records/Dance Paradise UK | |
| 20 | 6/4/2016 | DEFS0004636 | License Agreement Key Terms - Hungary, Poland, Finland, Norway, Sweden, Denmark, Latvia, Estonia, Lithuania | Connection Records/Dance Paradise UK | |
| 21 | 1/11/2017 | DEFS0004637 | License Agreement Key Terms - Ireland, Iceland, South Africa, Central African countries and South Asia countries | Connection Records/Dance Paradise UK | |
| 22 | 6/20/2016 | DEFS0004638 | License Agreement Key Terms - Hungary, Poland… | Connection Records/Dance Paradise UK | |
| 23 | 4/19/2016 | DEFS0004639 | License Agreement Key Terms - Russia, Ukraine… | Connection Records/Dance Paradise UK | |
| 24 | 3/25/2016 | DEFS0004641 | License Agreement Key Terms - World & Universe | Connection Records/Dance Paradise UK | |
| 25 | 2016/2017 | DEFS0004642 | No Description Given (Statement October 2016-January 2017) | | |
| 26 | 12/31/2017 | DEFS0004735 | Costs Summary for period Inception to 31 December 2017 | | |
| 27 | 2016 | DEFS0004736 | Royalty Statement for period 2016-2 - Digital revenues for Europe | WMG/Connection Records? | |
| 28 | 3/25/2016 | DEFS0004793 | Executive License Agreement | Yeter/Connection Records | |
| 29 | 5/4/2016 | DEFS0004802 | Licensing Agreement - UK, GAS | Connection Records/Dance Paradise UK | |
| 30 | 6/4/2016 | DEFS0004805 | Licensing Agreement - Hugary, Poland… | Connection Records/Dance Paradise UK | |
| 31 | 1/11/2017 | DEFS0004809 | Licensing Agreement - Ireland, Iceland… | Connection Records/Dance Paradise UK | |
| 32 | 6/20/2016 | DEFS0004813 | Licensing Agreement - Hugary, Poland, Far East, Central & North America… | Connection Records/Dance Paradise UK | |
| 33 | 4/19/2016 | DEFS0004817 | License Agreement No. 247-P (in Russian & English) | Connection Records/Sony | |
| 34 | 2016/2016 | DEFS0004837 | Advances and Earnings Summary | Sony Russia/Dance Paradise UK | |
| 35 | 2016 | DEFS0004838 | Renumeration Statement 10/1/16-12/31/16 | Sony Music/Connection Records | |
| 36 | 2017 | DEFS0004841 | Renumeration Statement 1/1/17-3/31/17 | Sony Music/Connection Records | |
| 37 | | | | | |
| 38 | 2019 | DEFS000006 | Royalty Statement for period 2018-2 - Digital revenues for Europe | WMG/Connection Records? | 16948.2 |
| 39 | | | | TOTAL | 261110 |