# EXHIBIT 6

**Rufus-Isaacs, Acland & Grantham LLP**

232 N. Canon Drive
Beverly Hills, CA 90210
t: 310.274.3803
www.rufuslaw.com

June 17, 2019

**VIA ELECTRONIC MAIL ONLY**

John Gatti
Lauren Fried
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA 90064
E-Mail: JGatti@manatt.com
E-mail: LFried@mannatt.com

    Re:   *Sandoval v. Warner Music Group, Burak Yeter, Dance Paradise UK, and Connections Records*, U.S.D.C. (C.D. Cal.) Case no. 18-00867-CBM

Dear John and Lauren:

We hereby request an in-person meeting at our office to try to resolve the outstanding discovery issues pertaining to your responses to our requests for production of documents and special interrogatories, pursuant to Local Rule 37-1. The issues are as follows:

**REQUEST FOR PRODUCTION NO. 1:** Documents (including, without limitation, statements and other accounting documents, and any summary pages) relating to all gross revenues generated by the Master Recording.
ISSUE: For the reasons set forth in our meet and confer letter dated April 17, 2019 ("Letter"), we request a supplemental response without objections, or if you maintain that any of the objections you made have merit, we request that you state with specificity the grounds for each such one.
Please also state what documents, if any, have been withheld, and if any have been withheld on privilege grounds, we request a privilege log.
Despite the agreement to produce responsive documents, the only documents have been produced are a list of compilations in which the Song appears, an Excel spreadsheet, and the documents that were previously produced voluntarily. There are undoubtedly many more responsive documents that exist in the possession, custody or control of Mr. Yeter, Connection Records and Dance Paradise which have not been produced. We request that all such responsive documents be produced.

8627.1.6

John Gatti
June 17, 2019
Page 2

**REQUEST FOR PRODUCTION NO. 2:** All documents (including, not limited to, agreements, statements and other accounting documents) relating to synchronization rights (including but not limited to, TV, Film, DVD, Internet & Commercials) for the Master Recording.
ISSUE: Your response is unacceptable, both for the reasons stated in our Letter under the Comment for Request no. 1 ("Comment"), and also because it does not state (a) that a diligent search and reasonable inquiry has been made in an effort to locate the item requested; and (b) the reason the party is unable to comply. We request that you produce all responsive documents, and that you provide a supplemental response which contains statements meeting these requirements.

**REQUEST FOR PRODUCTION NO. 3:** All documents (including, without limitation, agreements, statements and other accounting documents) relating to the use of the Master Recording on compilations.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because the list of compilations that was produced is at best only a partial response. We request that you produce all responsive documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 4:** All documents (including, without limitation, agreements, statements and other accounting documents) relating to the use of the Master Recording for YouTube or digital services (including, but not limited to, downloads & streaming).
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because the Excel spreadsheet that was produced is at best only a partial response. We request that you produce all responsive documents, including all responsive agreements, statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 5:** Documents (including, without limitation, all statements and other accounting documents) showing the gross revenues generated by the Master Recording from performing rights organizations and other collection bodies.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because the Excel spreadsheet that was produced is at best only a partial response. We request that you produce all responsive documents, including all responsive agreements, statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

John Gatti
June 17, 2019
Page 3

**REQUEST FOR PRODUCTION NO. 6:** All documents (including, without limitation, agreements, communications, and statements and other accounting documents) relating to agreements relating to the Master Recording.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because even if the Excel spreadsheet that was produced is responsive, this is at best only a partial response. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 7:** All documents (including, without limitation, agreements, communications, and statements and other accounting documents) relating to agreements relating to the Master Recording in which any of the Adverse Parties is named as a party to that agreement. (The term "Adverse Parties" herein means WMG, Connection, DPUK, SBA Production, LLC, Warner Music Russia, and their subsidiaries or affiliates, and Yeter.)
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because even if the Excel spreadsheet that was produced is responsive, it is at best only a partial response. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 8:** All documents (including, without limitation, communications, and statements and other accounting documents) relating to the Exclusive Licensing Agreement dated March 25, 2016 between Connection and DPUK.
ISSUE: Your response is unacceptable for the reasons stated in the Comment. In addition, you have objected to the term "Master Recording" as vague and ambiguous even though it does not appear in the Request. Nor have any responsive documents been produced. We request that all responsive documents be produced, including all responsive communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 9:** All documents (including, without limitation, communications, and statements and other accounting documents) relating to the Exclusive Licensing Agreement dated May 4, 2016 between Connection and DPUK.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment. In addition, you have objected to the term "Master Recording" as vague and ambiguous even though it does not appear in the Request. Nor have any responsive documents been produced. We request that all responsive documents be produced, including all responsive communications, and statements and other accounting documents, and that

8627.1.6

John Gatti
June 17, 2019
Page 4

you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 10:** All documents (including, without limitation, communications, and statements and other accounting documents) relating to the Exclusive Licensing Agreement dated June 4, 2016 between Connection and DPUK.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment. In addition, you have objected to the term "Master Recording" as vague and ambiguous even though it does not appear in the Request. Nor have any responsive documents been produced. We request that all responsive documents be produced, including all responsive communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 11:** All documents (including, without limitation, communications, and statements and other accounting documents) relating to the Exclusive Licensing Agreement dated June 20, 2016 between Connection and DPUK.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment. In addition, you have objected to the term "Master Recording" as vague and ambiguous even though it does not appear in the Request. Nor have any responsive documents been produced. We request that all responsive documents be produced, including all responsive communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 12:** All documents (including, without limitation, communications, and statements and other accounting documents) relating to the Exclusive Licensing Agreement dated January 11, 2017 between Connection and DPUK.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment. In addition, you have objected to the term "Master Recording" as vague and ambiguous even though it does not appear in the Request. Nor have any responsive documents been produced. We request that all responsive documents be produced, including all responsive communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 13:** All documents relating to any communications relating to the Master Recording passing between any of the Defendants.
ISSUE: Your response is unacceptable for the reasons stated in the Comment. We request that all responsive communications be produced, and that you provide a

John Gatti
June 17, 2019
Page 5

supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 14:** Documents (including, without limitation, statements and other accounting documents, and any summary pages) showing any advances paid with respect to the Master Recording.
ISSUE: Your response is unacceptable for the reasons stated in the Comment. And no responsive documents have been produced. We request that all responsive documents be produced, including all responsive statements, summaries and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 15:** All documents (including, without limitation, agreements, communications, and statements and other accounting documents) passing between Yeter and any other person relating to the Master Recording.
ISSUE: Your response is unacceptable for the reasons stated in the Comment. And no responsive documents have been produced. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 16:** All documents (including, without limitation, agreements, communications, and statements and other accounting documents) passing between Connection and any other person relating to the Master Recording.
ISSUE: Your response is unacceptable for the reasons stated in the Comment. And no responsive documents have been produced.. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 17:** All documents (including, without limitation, agreements, communications, and statements and other accounting documents) passing between DPUK and any other person relating to the Master Recording.
ISSUE: Your response is unacceptable for the reasons stated in the Comment. And no responsive documents have been produced. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 18:** All documents (including, without limitation, agreements, communications, and statements and other accounting documents) passing between WMG and any other person relating to the Master Recording.

John Gatti
June 17, 2019
Page 6

ISSUE: Your response is unacceptable for the reasons stated in the Comment. And no responsive documents have been produced. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 19:** All documents (including, without limitation, agreements, communications, and statements and other accounting documents) passing between Warner Music Russia and any other person relating to the Master Recording.
ISSUE: Your response is unacceptable for the reasons stated in the Comment. And no responsive documents have been produced. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 20:** All documents (including, without limitation, agreements, communications, and statements and other accounting documents) passing between SBA Production LLC and any other person relating to the Master Recording.
ISSUE: Your response is unacceptable for the reasons stated in the Comment. And no responsive documents have been produced. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 21:** All documents relating to the Master Recording distributed internally within WMG.
ISSUE: Your response is unacceptable for the reasons stated in the Comment. And no responsive documents have been produced. We request that all responsive documents be produced, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 22:** Documents (including, without limitation, statements and other accounting documents, and any summary pages) showing the total number of times that the Master Recording has been streamed.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because the Excel spreadsheet that was produced is at best only a partial response. We request that you produce all responsive documents, including all responsive statements, summaries and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

John Gatti
June 17, 2019
Page 7

**REQUEST FOR PRODUCTION NO. 23:** Documents (including, without limitation, statements and other accounting documents, and any summary pages) showing the total number of times that the Master Recording has been downloaded.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because the Excel spreadsheet that was produced is at best only a partial response. We request that you produce all responsive documents, including all responsive statements, summaries and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 24:** Documents (including, without limitation, statements and other accounting documents, and any summary pages) showing the total number of physical units embodying the Master Recording that have been sold or distributed.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because the Excel spreadsheet that was produced is at best only a partial response. We request that you produce all responsive documents, including all responsive statements, summaries and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 25:** Documents (including, without limitation, statements and other accounting documents, and any summary pages) showing the total number of compilations which include the Master Recording that have been sold or distributed.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because the compilations list and Excel spreadsheet that were produced are at best only a partial response. We request that you produce all responsive documents, including all responsive statements, summaries and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 26:** All sales reports generated by Warner Music Group's central reporting entity for the Master Recording.
ISSUE: Your response is unacceptable, both for the reasons stated in the Comment, and also because the Excel spreadsheet that was produced is at best only a partial response. We request that you produce all responsive sales reports, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

John Gatti
June 17, 2019
Page 8

**REQUEST FOR PRODUCTION NO. 27:** Documents (including, without limitation, statements and other accounting documents, and any summary pages) showing any reserves held and/or any accrued and held royalty amounts for the Master Recording.
ISSUE: Your response is unacceptable for the reasons stated in the Comment, and because no responsive documents have been produced. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**REQUEST FOR PRODUCTION NO. 28:** Any statements provided by Warner Music Russia to any artist or record company from January 1, 2015 to the present, which show a summary of an artist's or record company's earnings, and/or any advances have been recouped.
ISSUE: Your response is unacceptable for the reasons stated in the Comment, and because no responsive documents have been produced. We request that all responsive documents be produced, including all responsive agreements, communications, and statements and other accounting documents, and that you provide a supplemental response which rectifies the problems identified under Request no. 1 above.

**INTERROGATORY NO. 24:** Please identify every affiliate of WMG that has received or been paid compensation relating to the Master Recording.
ISSUE: Your original response was evasive. This interrogatory goes to the very heart of our dispute, and none of your boilerplate objections have any merit. If you disagree, or if you are genuinely uncertain about the terms that you claim are vague and ambiguous, please explain why. We note that you did not include a supplemental response to this interrogatory in your Supplemental Responses served on May 7, 2019.

**INTERROGATORY NO. 25:** For every affiliate of WMG that has received or been paid compensation relating to the Master Recording, please describe how that affiliate has commercially exploited the Master Recording.
ISSUE: Your original response was evasive. This interrogatory goes to the very heart of our dispute, and none of your boilerplate objections have any merit. If you disagree, or if you are genuinely uncertain about the terms that you claim are vague and ambiguous, please explain why. We note that you did not include a supplemental response to this interrogatory in your Supplemental Responses served on May 7, 2019.

**INTERROGATORY NO. 26:** Please describe (by stating the territory in question, and the date of the award) every gold or platinum award given to the Master Recording.
ISSUE: Your original response was evasive. This interrogatory goes to the very heart of our dispute, and none of your boilerplate objections have any merit. If you disagree, or if you are genuinely uncertain about the terms that you claim are vague and ambiguous,

John Gatti
June 17, 2019
Page 9

please explain why. We note that you did not include a supplemental response to this interrogatory in your Supplemental Responses served on May 7, 2019.

**DANCE PARADISE VERIFICATION OF INTERROGATORY RESPONSES**: We requested this verification on May 18, but it has not been provided.

<u>Please let me know some dates and times when you are available to meet in the next 10 days.</u>

Very truly yours,

RUFUS-ISAACS ACLAND &
GRANTHAM LLP

Alexander Rufus-Isaacs

ARI:ari