# EXHIBIT 7

## Alexander Rufus-Isaacs

**From:** Alexander Rufus-Isaacs
**Sent:** Tuesday, June 18, 2019 5:24 PM
**To:** 'Fried, Lauren'; 'Gatti, John'
**Subject:** RE: Sandoval v Yeter: Rule 37 letter

Lauren. Regarding the absence of a verification by DPUK, Interrogatory no. 4 expressly asks for DPUK's gross receipts from the song. Whether DPUK is a pass through entity or not, we are entitled to know the amount of its gross receipts, and that response should be verified by DPUK. If you will agree to provide that, I will withdraw my request for its verification of any other responses. Regards, Alexander

**From:** Alexander Rufus-Isaacs
**Sent:** Tuesday, June 18, 2019 4:54 PM
**To:** Fried, Lauren <LFried@manatt.com>; Gatti, John <JGatti@manatt.com>
**Subject:** RE: Sandoval v Yeter: Rule 37 letter

John. On a "without limitation" basis, some of the categories where I am particularly surprised not to have received any documents are:
REQUEST FOR PRODUCTION NO. 13: All documents relating to any communications relating to the Master Recording passing between any of the Defendants.
REQUEST FOR PRODUCTION NO. 14: Documents (including, without limitation, statements and other accounting documents, and any summary pages) showing any advances paid with respect to the Master Recording.
REQUEST FOR PRODUCTION NO. 15: All documents (including, without limitation, agreements, communications, and statements and other accounting documents) passing between Yeter and any other person relating to the Master Recording.
Alexander

**From:** Fried, Lauren <LFried@manatt.com>
**Sent:** Tuesday, June 18, 2019 9:52 AM
**To:** Alexander Rufus-Isaacs <aisaacs@rufuslaw.com>; Gatti, John <JGatti@manatt.com>
**Subject:** RE: Sandoval v Yeter: Rule 37 letter

Alexander,

We will call you at 4:00 p.m. today.

Thank you,

Lauren

**Lauren Fried**
Associate

Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd
Los Angeles, CA 90064
**D** (310) 312-4195   **F** (310) 914-5705

LFried@manatt.com
**manatt.com**

1

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Alexander Rufus-Isaacs [mailto:aisaacs@rufuslaw.com]
**Sent:** Monday, June 17, 2019 7:26 PM
**To:** Fried, Lauren; Gatti, John
**Subject:** RE: Sandoval v Yeter: Rule 37 letter

I'm available tomorrow before 10:00 am or after 3:30 pm.

**From:** Fried, Lauren <LFried@manatt.com>
**Sent:** Monday, June 17, 2019 6:15 PM
**To:** Alexander Rufus-Isaacs <aisaacs@rufuslaw.com>; Gatti, John <JGatti@manatt.com>
**Subject:** RE: Sandoval v Yeter: Rule 37 letter

Alexander,

Are you available for a call with us tomorrow to discuss this?

Thank you,

Lauren

**Lauren Fried**
Associate

_____

**Manatt, Phelps & Phillips,** LLP
11355 W. Olympic Blvd
Los Angeles, CA  90064
**D** (310) 312-4195   **F** (310) 914-5705

LFried@manatt.com
**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Alexander Rufus-Isaacs [mailto:aisaacs@rufuslaw.com]
**Sent:** Monday, June 17, 2019 5:14 PM
**To:** Gatti, John; Fried, Lauren
**Subject:** Sandoval v Yeter: Rule 37 letter

Please see attached letter. Regards, Alexander

Alexander Rufus-Isaacs
Rufus-Isaacs, Acland & Grantham, LLP
232 N. Canon Drive, Beverly Hills, CA 90210
Direct: +1 310.278.8198
Cell: +1 310.770.1307
Main: +1 310.274.3803
Fax: +1 310.860.2430
E-Mail: aisaacs@rufuslaw.com
Website: http://www.rufuslaw.com/2010/09/alexander-rufus-isaacs/

Also admitted to practice as a Barrister in England & Wales

Rufus-Isaacs, Acland & Grantham LLP

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.