# EXHIBIT 8

# Alexander Rufus-Isaacs

| | |
|---|---|
| **From:** | Alexander Rufus-Isaacs |
| **Sent:** | Wednesday, June 26, 2019 6:18 PM |
| **To:** | John Gatti - Manatt, Phelps & Phillips, LLP (jgatti@manatt.com); Fried, Lauren |
| **Subject:** | RE: mediation |

John. You have not provided a date for a Rule 37 meeting. Given that I sent you a reminder last Friday, to which you did not respond, I can only assume that this is deliberate. Please be advised that as soon as the 10 day deadline expires (tomorrow), we will be filing a motion to compel. Regards, Alexander

**From:** Alexander Rufus-Isaacs
**Sent:** Friday, June 21, 2019 1:40 PM
**To:** John Gatti - Manatt, Phelps & Phillips, LLP (jgatti@manatt.com) <jgatti@manatt.com>; Fried, Lauren <LFried@manatt.com>
**Subject:** RE: mediation

Still no counter received . Please provide me with dates for a Rule 37 conference. Thank you.


Jason
Sent from my iPhone

On Jun 20, 2019, at 7:44 AM, Alexander Rufus-Isaacs <aisaacs@rufuslaw.com> wrote:

> Hi Jason. What would you charge for the mediation? Half day, full day, hourly? Thx Alexander

1