# EXHIBIT 9

| local_date | local_day | hours | jobcode | notes |
|---|---|---|---|---|
| 3/8/2019 | Fri | 0.13 | 8627 Sandoval | Telecon with defense counsel re discovery extension |
| 3/28/2019 | Thu | 0.02 | 8627 Sandoval | Check status of discovery responses; emails re same |
| 4/9/2019 | Tue | 0.52 | 8627 Sandoval | Review incoming discovery |
| 4/11/2019 | Thu | 1.14 | 8627 Sandoval | Prepare letter to atty Gatti re discovery issues |
| 4/11/2019 | Thu | 0.51 | 8627 Sandoval | |
| 4/11/2019 | Thu | 1.2 | 8627 Sandoval | |
| 4/12/2019 | Fri | 0.19 | 8627 Sandoval | Continue preparation of letter to atty. Gatti |
| 4/12/2019 | Fri | 1.23 | 8627 Sandoval | emails to defense counsel |
| 4/17/2019 | Wed | 0.36 | 8627 Sandoval | Prepare meet and confer letter to atty. Gatti |
| 4/17/2019 | Wed | 0.3 | 8627 Sandoval | |
| 4/17/2019 | Wed | 0.39 | 8627 Sandoval | |
| 4/17/2019 | Wed | 0.06 | 8627 Sandoval | |
| 4/17/2019 | Wed | 0.19 | 8627 Sandoval | |
| 4/17/2019 | Wed | 0.4 | 8627 Sandoval | |
| 4/17/2019 | Wed | 0.37 | 8627 Sandoval | |
| 4/23/2019 | Tue | 0.02 | 8627 Sandoval | Review letter and documents; email to defense counsel |
| 5/6/2019 | Mon | 1.31 | 8627 Sandoval | Telecon with defense counsel; review supplemental responses to interrogatories |
| 5/6/2019 | Mon | 0.21 | 8627 Sandoval | |
| 5/13/2019 | Mon | 0.31 | 8627 Sandoval | Email defense counsel |
| 5/13/2019 | Mon | 0.21 | 8627 Sandoval | |
| 5/18/2019 | Sat | 0.94 | 8627 Sandoval | Review defendants' supplemental responses to interrogatories; prepare notes re same; emails re same |
| 6/3/2019 | Mon | 0.1 | 8627 Sandoval | Emails to opposing counsel |
| 6/17/2019 | Mon | 0.38 | 8627 Sandoval | Research motion to compel |
| 6/17/2019 | Mon | 1.41 | 8627 Sandoval | Prepare Rule 37 letter |
| 6/17/2019 | Mon | 0.13 | 8627 Sandoval | Coordinate preparation of list of documents produced by defendants |
| 6/18/2019 | Tue | 0.34 | 8627 Sandoval | Telecon with atty. Gatti |
| 6/18/2019 | Tue | 0.09 | 8627 Sandoval | |
| 6/18/2019 | Tue | 0.49 | 8627 Sandoval | |

| Date | Day | | Hours | Matter | Description | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/26/2019 | Wed | | 0.21 | 8627 Sandoval | emails re motion to compel | | | | | |
| 6/28/2019 | Fri | | 1.01 | 8627 Sandoval | Prepare motion to compel | | | | | |
| 7/1/2019 | Mon | | 0.06 | 8627 Sandoval | Continue preparation of motion to compel | | | | | |
| 7/1/2019 | Mon | | 1.13 | 8627 Sandoval | | | | | | |
| 7/1/2019 | Mon | | 1.54 | 8627 Sandoval | | | | | | |
| 7/1/2019 | Mon | | 2.05 | 8627 Sandoval | | | | | | |
| 7/2/2019 | Tue | | 0.34 | 8627 Sandoval | Continue preparation of motion to compel | | | | | |
| 7/2/2019 | Tue | | 0.55 | 8627 Sandoval | | | | | | |
| 7/2/2019 | Tue | | 0.03 | 8627 Sandoval | | | | | | |
| 7/2/2019 | Tue | | 0.79 | 8627 Sandoval | | | | | | |
| 7/3/2019 | Wed | | 0.05 | 8627 Sandoval | Continue preparation of motion to compel | | | | | |
| 7/3/2019 | Wed | | 0.35 | 8627 Sandoval | | | | | | |
| 7/3/2019 | Wed | | 4.49 | 8627 Sandoval | | | | | | |
| 7/3/2019 | Wed | | 2.22 | 8627 Sandoval | | | | | | |
| | Total | | 27.77 | | | | | | | |