1 | RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
2 |  *aisaacs@rufuslaw.com*
PAUL SUPNIK, State Bar No. 52842
3 |  *psupnik@rufuslaw.com*
232 N. Canon Drive
4 | Beverly Hills, California 90210
Telephone: (310) 274-3803
5 | Facsimile: (310) 860-2430

6 | Attorneys for Plaintiff DANELLE
SANDOVAL
7 |
JOHN M. GATTI (State Bar No. 138492)
8 | E-mail: jgatti@manatt.com
LAUREN J. FRIED (State Bar No. 309005)
9 | E-mail: lfried@manatt.com
Manatt, Phelps & Phillips, LLP
10 | 11355 West Olympic Boulevard
Los Angeles, California 90064-1614
11 | Tel.:  (310) 312-4000; Fax:  (310) 312-4224

12 | *Attorneys for Defendants*
BURAK YETER; CONNECTION
13 | RECORDS, WARNER MUSIC GROUP
CORPORATION, and DANCE
14 | PARADISE UK LIMITED

15 |

16 | **UNITED STATES DISTRICT COURT**

17 | **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

18 |

*Left margin (vertical):* RUFUS-ISAACS ACLAND & GRANTHAM LLP — 232 N. CANON DRIVE — BEVERLY HILLS, CALIFORNIA 90210 — Tel (310) 274-3803 • Fax (310) 860-2430

| DANELLE SANDOVAL, an individual | CASE No. CV 18-00867-CBM (JPRx) |
|---|---|
| Plaintiff, | **ORDER RE JOINT STIPULATION TO EXTEND SANCTIONS OBJECTIONS AND DISCOVERY PRODUCTION DEADLINES** |
| v. | |
| BURAK YETER, an individual; CONNECTION RECORDS, a foreign corporation; WARNER MUSIC GROUP CORPORATION, a Delaware corporation; SONY MUSIC ENTERTAINMENT, INC., a Delaware general partnership; DANCE PARADISE UK LIMITED, a foreign corporation; and DOES 1-10, inclusive | |
| Defendants. | |

8627.3.17

[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND SANCTIONS OBJECTIONS AND DISCOVERY
PRODUCTION DEADLINES

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA  90210
Tel (310) 274-3803 • Fax (310) 860-2430

1    The Court, having considered the stipulation of the Parties ("Stipulation"),

2  finds that good cause exists to extend certain of the deadlines in the Court's Order

3  dated July 29, 2019 [Dkt. No. 66].

4    Accordingly, IT IS HEREBY ORDERED that:

5    • Defendants' response to Plaintiff's request for sanctions shall be

6       extended twenty-eight days to September 2, 2019 in order to allow the

7       parties to continue their settlement discussions.

8    • Defendants' response to Plaintiff's discovery requests shall be extended

9       by one business day to Friday, August 9, 2019, in order to facilitate

10      obtaining certain information that may aid in the resolution of this

11      dispute.

12

13   IT IS SO ORDERED.

14

15  DATED:  August 6, 2019

16

17  _____

18      Hon. Jean P. Rosenbluth
        U.S. Magistrate Judge
19

20

21

22

23

24

25

26

27

28

8627.3.17

[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND SANCTIONS OBJECTIONS AND DISCOVERY PRODUCTION DEADLINES

1    **LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

2    The filer of this document attests that all other signatories listed above on

3    whose behalf this filing is submitted concur in the filing's content and have

4    authorized the filing.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA  90210
Tel (310) 274-3803 • Fax (310) 860-2430

8627.3.17

3

[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND SANCTIONS OBJECTIONS AND DISCOVERY
PRODUCTION DEADLINES

1
2
3   324843380.1
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUFUS-ISAACS ACLAND & GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

8627.3.17

STIPULATION TO EXTEND DISCOVERY AND ADR DEADLINES